# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ROBERT JACKSON,

        Plaintiff(s),

v.

NEVADA DEPARTMENT OF CORRECTIONS, et al.,

        Defendant(s).

2:20-cv-01322-ART-VCF

**ORDER**

    Before the court are the motions to compel (ECF Nos. 43 and 47).

    Accordingly,

    IT IS HEREBY ORDERED that a video conference hearing on the motions to compel (ECF Nos. 43 and 47), is scheduled for 10:00 AM, October 17, 2023.

    IT IS FURTHER ORDERED that the Attorney General's Office, will make the necessary arrangements for plaintiff Jackson to appear by video conference. Plaintiff Jackson may appear by telephone, if video conference is not possible at his facility. Mr. Leo Thomas Hendges must coordinate with Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov regarding this arrangement by noon, October 16, 2023.

    IT IS FURTHER ORDERED that counsel/the parties must email the Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by noon, October 16, 2023.

    IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

    INSTRUCTIONS FOR VIDEO CONFERENCE HEARING

    Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants email provided to the Court.

- Log on to the call ten (10) minutes prior to the hearing time.
- Mute your sound prior to entering the hearing.
- Do not talk over one another.
- State your name prior to speaking for the record.
- Do not have others in the video screen or moving in the background.
- No recording of the hearing.
- No forwarding of any video conference invitations.
- Unauthorized users on the video conference will be removed.

DATED this 28th day of June 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE