# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Robert Jackson,<br><br>　　　　　　Plaintiff(s),<br><br>v.<br><br>Nevada Department of Corrections, *et al.*,<br><br>　　　　　　Defendant(s). | 2:20-cv-01322-ART-MDC<br><br>**Order granting motion for a new scheduling order (ECF No. 63)**<br><br>**And**<br><br>**Discovery plan and scheduling order** |

　　　　Plaintiff Robert Jackson filed a *motion for a new scheduling order*. ECF No. 63. The defendants filed a response, stating that they did not oppose the request, but asked that the new scheduling order contain a longer discovery period given the occasional delays occur in communicating with pro se plaintiffs who are incarcerated. ECF No. 64. The Court thus grants the plaintiff's request for a scheduling order. The Court includes the defendant's request for a longer discovery period.

　　　　Accordingly,

　　　　IT IS ORDERED that:

1. Plaintiff's motion for a *new scheduling order* (ECF No. 63) is granted.

2. Discovery:  Pursuant to LR 16-1(b), discovery in this action shall be completed on or before **Wednesday, October 23, 2024**.

3. Any pleadings that may be brought under Fed. R. Civ. P. 13 & 14 or joining additional parties under Fed. R. Civ. P. 19 & 20, shall be filed and served not later than **Thursday, July 25, 2024.** Any party causing additional parties to be joined or brought into this action shall contemporaneously therewith cause a copy of this Order to be served upon the new party or parties.

4. Amendments to pleadings as provided for under Fed. R. Civ. P. 15, if the same are allowed without leave of court, or motions for leave to amend, shall comply with LR 15-1 and shall be

filed and served not later than **Thursday, July 25, 2024.**

5. Expert disclosures shall be made on or before **Friday, August 23, 2024**, and the disclosures of rebuttal experts shall be made on or before **Monday, September 23, 2024**.

6. Dispositive motions shall be filed and served no later than **Friday, November 22, 2024.**

7. The joint pretrial order is due by **Monday, December 23, 2024**. If dispositive motions are filed, the joint pretrial order is due thirty days from the entry of the court's rulings on the motions or by further order of the court.

8. Extensions of discovery: Pursuant to LR 26-3, an extension of the discovery deadline will not be allowed without a showing of good cause. All motions or stipulations to extend discovery shall be received by the Court at least twenty-one days prior to the date fixed for completion of discovery by this scheduling order, or at least twenty-one days prior to the expiration of any extension that may have been approved by the Court. The motion or stipulation shall include:

   (a) A statement specifying the discovery completed;

   (b) A specific description of the discovery that remains to be completed;

   (c) The reasons why the deadline was not satisfied or the remaining discovery was not completed within the time limits set by the discovery plan;

   (d) A proposed schedule for completing all remaining discovery;

   (e) A request made within 21 days of the subject deadline must be supported by a showing of good cause; and

   (f) A request made after the expiration of the subject deadline will not be granted.

It is so ordered.

Dated this 27th day of March 2024.

_____
Maximiliano D. Couvillier III
United States Magistrate Judge