AARON D. FORD
  Attorney General
LEO T. HENDGES (Bar No. 16034)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way
Suite 100
Las Vegas, Nevada 89119
(702) 486-3795 (phone)
(702) 486-3768 (fax)
Email: lhendges@ag.nv.gov

*Attorneys for Defendants*
*Kerry Hunter, Jennifer Nash,*
*Michael Natali, and Kelly Quinn*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT JACKSON, | Case No. 2:20-cv-01322-ART-VCF |
| Plaintiff, | |
| v. | |
| NEVADA DEPARTMENT OF CORRECTIONS, *et al.*, | **DEFENDANTS' NON-OPPOSITION TO ECF NO. 70** |
| Defendants. | |

Defendants, Kerry Hunter, Jennifer Nash, Michael Natali, and Kelly Quinn, by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Leo T. Hendges, Senior Deputy Attorney General, hereby file their Non-Opposition to ECF No. 70.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.   INTRODUCTION**

On November 16, 2022, this Court issued a scheduling order that provided a timeline for the parties to conduct discovery. ECF No. 33. Defendants filed a motion for judgment on the pleadings and in the alternative early summary judgment over exhaustion on April 21, 2023. ECF Nos. 39, 40.

Plaintiff Robert Jackson (Jackson) filed a motion to compel discovery on May 5, 2023 (ECF No. 43), and a second motion to compel discovery on May 9, 2023 (ECF No. 47). This Court held a hearing on the motion to compel discovery on October 17, 2023, with an order that Defendants either produce email communications or file notice that no such communications exist. ECF No. 56. Defendants filed their notice of compliance on October 24, 2023. ECF No. 57.

This Court denied Defendants' motion for judgment on the pleadings and early summary judgment over exhaustion on February 9, 2024. ECF No. 62. A new scheduling order was issued March 28, 2024. ECF No. 65. Jackson filed a motion to compel discovery on October 23, 2024, which is fully briefed. ECF Nos. 68, 69, 71. The dispositive motion deadline is currently set to expire on November 22, 2024. ECF No. 65 at 2:4.

Jackson filed the instant motion seeking a stay of the case pending a decision on his motion to compel on November 8, 2024. ECF No. 70. To the extent Jackson seeks an extension of the discovery deadline or dispositive motion deadline, Defendants do not oppose the request.

## II. ARGUMENT

Defendants agree with Jackson the interests of judicial economy outlined in Fed. R. Civ. P. 1 would be supported by an extension of certain case deadlines while the motion to compel is pending. Should this Court grant the motion or defer a decision to allow the parties to discuss what Jackson is actually seeking through discovery, it would be inefficient for the parties to prepare dispositive motions which are currently due November 22, 2024.

Defendants agree there should at least be an extension of the dispositive motion deadline to allow for a determination of Jackson's motion to compel (which they oppose) before dispositive pleadings are drafted and submitted for review.

///
///
///

## III. CONCLUSION

Based upon the foregoing, Defendants are not opposed to this Court granting Jackson's request to the extent he seeks extension of the discovery and/or dispositive motion deadlines.

DATED this 13th day of November, 2024.

        AARON D. FORD
        Attorney General

        By: /s/ Leo T. Hendges
            LEO T. HENDGES (Bar No. 16034)
            Senior Deputy Attorney General

        *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on November 13, 2024, I electronically filed the foregoing **DEFENDANTS' NON-OPPOSITION TO ECF NO. 70** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically.

> Robert Jackson, #86238
> Southern Desert Correctional Center
> P.O. Box 208
> Indian Springs, Nevada 89070
> Email: sdcclawlibrary@doc.nv.gov
> *Plaintiff, Pro Se*

/s/ Carol A. Knight
CAROL A. KNIGHT, an employee of the
Office of the Nevada Attorney General