UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT JACKSON,<br><br>    Plaintiff,<br>v.<br>NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>    Defendants. | Case No. 2:20-cv-01322<br><br>ORDER ON PLAINTIFF'S MOTION TO STAY (ECF No. 70) AND DEFENDANTS' MOTION FOR EXTENSION OF TIME (ECF No. 73). |

Plaintiff Robert Jackson brings this pro se civil rights complaint under 42 U.S.C. § 1983. Before the Court are Plaintiff's motion to stay the case pending a decision on Plaintiff's motion to compel discovery (ECF No. 70) and Defendants' motion to extend time to file dispositive motions (ECF No. 73).

Plaintiff's motion to stay requests that the Court stay this action until his motion to compel (ECF No. 68) is decided. Plaintiff states that he is concerned that without the relevant discovery he is seeking, he won't be able to fairly move for summary judgment or prepare for trial.

Defendants' motion for an extension of time requests that the deadlines to file dispositive motions be extended to thirty days after Plaintiff's motion to compel is resolved. Defendants also filed a non-opposition to Plaintiff's motion to stay, "to the extent Jackson seeks an extension of the discovery deadline or dispositive motion deadline."

When a case is entirely stayed, the Court takes no action during the stay, and therefore would not decide discovery motions. As Plaintiff's concern seems centered around wanting his motion to compel to be decided before he is required to proceed with dispositive motions, a stay would not have the desired effect.

Therefore, the Court will DENY Plaintiff's motion to stay the case but will GRANT Defendants' motion for an extension of time, such that both parties will have thirty days from the date that Plaintiff's motion to compel is decided to file dispositive motions (such as motions for summary judgment).

**CONCLUSION**

It is therefore ordered that Plaintiff's motion to stay the case (ECF No. 70) is DENIED.

It is further ordered that Defendant's motion for an extension of time (ECF No. 73) is GRANTED. **Both parties will have thirty days from the date that Plaintiff's motion to compel is decided to file dispositive motions.**

Dated this 16th day of December, 2024.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE