**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Robert Jackson, | 2:20-cv-01322-ART-MDC |
| Plaintiff(s), | **ORDER SETTING HYBRID-VIDEO HEARING ON PLAINTIFF'S MOTION TO COMPEL (ECF NO. 68)** |
| vs. | |
| Nevada Department of Corrections, et al., | |
| Defendant(s). | |

IT IS ORDERED that the parties shall appear at 10:00 a.m. on March 7, 2025 for a hybrid-video hearing on plaintiff's *Motion to Compel* (ECF No. 68):

1. Defendants' counsel must appear in-person at in Courtroom 3B.

2. Plaintiff Robert Jackson, who is incarcerated, must appear by video conferencing.[1]

3. The Attorney General's Office must make the necessary arrangements for plaintiff to appear by video conference and must email Court_MDC@nvd.uscourts.gov at least one week before the conference and provide the email address for plaintiff.

**<u>NOTICE</u>**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file

---

[1] Imprisonment suspends the plaintiff's usual right to be personally present at judicial proceedings in a civil case. *Hernandez v. Whiting*, 881 F.2d 768, 770 (9th Cir. 1989), citing to *Price v. Johnston*, 334 U.S. 266, 285-86, 92 L. Ed. 1356, 68 S. Ct. 1049 (1948).

objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

Pursuant to LR IA 3-1, the plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. Failure to comply with this rule may result in dismissal of the action.

Dated this 20th day of December 2024.

_____
Hon. Maximiliano D. Couvillier III.
United States Magistrate Judge